## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

UHURU ROWE,

      Plaintiff,

v.                                     CASE NO.  3:18cv780

HAROLD W. CLARKE, *et al*.,

      Defendants.

## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Harold W. Clarke, Michelle Carpenter, Natasha Perkerson, T.L. Birckhead, T. Darden, Tracy Ray, and Gregory L. Holloway, by counsel, hereby move this Honorable Court to dismiss the claims against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). These defendants submit that Plaintiff's Second Amended Complaint fails to state a claim against them and that Plaintiff lacks standing to seek injunctive relief from Defendant Clarke. Accordingly, these Defendants move for dismissal from this matter for the reasons outlined in the memorandum accompanying this Motion.

Respectfully submitted,

HAROLD W. CLARKE, MICHELLE CARPENTER, NATASHA PERKERSON, T.L. BIRCKHEAD, T. DARDEN, TRACY RAY, and GREGORY L. HOLLOWAY

By:       s/Laura Maughan
         Laura Maughan, VSB#87798
         Assistant Attorney General

Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030
(804) 786-4239 (Fax)
Email:  lmaughan@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: Jeffrey E. Fogel, 913 W. Jefferson Street, Charlottesville, Virginia, 22902, jeff.fogel@gmail.com, Attorney for Plaintiff.

By:            s/Laura Maughan
            Laura Maughan, VSB#87798
            Assistant Attorney General